

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,222-02

### EX PARTE JERMAINE SIMS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 10-08895-B IN THE 252nd DISTRICT COURT
### FROM JEFFERSON COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of felon in possession of a firearm and sentenced to imprisonment for ten years.

This application was remanded to the trial court on February 25, 2015. However, one day prior to the Court's order, the trial court signed supplemental findings of fact and conclusions of law recommending that relief be denied in this case. Those supplemental findings were received by the Court on March 6, 2015.

The remand order in this cause is withdrawn. We adopt the trial court's findings of fact and conclusions of law regarding Applicant's ineffective assistance of counsel and insufficiency of the evidence claims and deny relief. Applicant's illegal search and seizure claim is denied based upon this Court's independent review of the record.

Filed: April 1, 2015
Do not publish